ORDERED.

Dated:  **November 13, 2018**

Arthur B. Briskman
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE:                                                                          CASE NO.: 6-18-bk-6515-ABB
                                                                                    CHAPTER 13

**KATHY LEE DUERSON-LOVE
         DEBTOR                    /**

**ORDER GRANTING IN PART EMERGENCY
MOTION TO TEMPORARILY EXTEND THE AUTOMATIC
STAY RE:  PROGRESS RESIDENTIAL 2015 BORROW, LLC (DOC #12)**

This cause came on to be heard on November 5, 2018, 100 p.m. on Debtor's Emergency Motion to Temporarily Extend the Automatic Stay Re:  Progress Residential 2015 Borrow, LLC (Doc #12) pursuant to Section 362 (c)(3)(b).  **APPEARANCES:** Ana De Villiers, Attorney for the Trustee; Samuel R Pennington, Attorney for Debtor; Lauren L Stricker, Attorney for Creditor, Progress Residential 2015-2 Borrow, LLC; Kathy Lee Duerson-Love, Debtor. The Court having considered the motion and having heard from the interested parties finds that the Motion has merit and should be granted in part.

It is hereby ORDERED as follows:

1.  The Motion (Doc #12) is GRANTED in part.

2.  That the Automatic Stay is extended till November 12, 2018.

3. That the Creditor, Progress Residential 2015-2 Borrow, LLC shall file a claim for the prorated rent for the period of October 20th through November 12th 2018 in the amount of $1,595.78.

4. That the Claim in the amount of $1,595.78 for the prorated rent shall be treated as an administrative claim.

Attorney, Samuel R. Pennington, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order