# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                                                    CASE NO.: 6:18-bk-6515-ABB
                                                                                          **Chapter 13**

**KATHY LEE DUERSON-LOVE**
           Debtor                              /

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

COMES NOW the Debtor, KATHY DUERSON-LOVE, by and through the undersigned attorney and hereby gives notice to all parties in interest of a change of address for the Debtor:

| **Address on Docket:** | **NEW ADDRESS:** |
|---|---|
| **219 Southern Breeze Drive** <br> **Minneola, FL 34715** | **20005 Hwy 27 # 358** <br> **Clermont, FL 34715** |

Delete old address from mailing matrix.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to all interest parties and creditors on the attached current mailing matrix this 6th Day December 2019.

                              Respectfully submitted,

                              /s/Samuel R Pennington
                              Samuel R. Pennington
                              Pennington Law Firm, P.A.
                              303 N. Texas Ave
                              Tavares, FL 32778
                              (407) 647-8833
                              Fax : (407) 671-5679
                              Email: info@penningtonlawfirmpa.com
                              Attorneys for Debtor