**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  CASE NO.: 6-18-bk-6515-KJ
  CHAPTER 13

**KATHY LEE DUERSON-LOVE**
      **DEBTOR                    /**

**MOTION TO MODIFY CONFIRMED PLAN**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, Attn:  Clerk of Court at George C. Young Federal Building, 400 W. Washington Street, Suite 5100, Orlando, FL  32801; and serve a copy on the Debtor's attorney, Samuel R. Pennington, 303 N. Texas Ave., Tavares, FL  32778, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Come now the Debtor, KATHY LEE DUERSON-LOVE, by and through the undersigned attorney and would show:

1. On March 13, 2019, the court entered a Confirmation Order [Doc #52] in the above styled cause.

2. On May 10, 2019, the Court entered an Order Granting Motion to Modify Confirmed Plan (Doc #67).

3. On November 27, 2019, the Court entered an Order Granting Motion to Modify

Confirmed Plan (Doc #80).

4. The Debtor has fallen behind in plan payments and request the Court allow her to modify the Confirmed Plan to assist her in bringing plan payments current.

5. Debtor asks that the court allow the confirmed plan to be modified to assist her in bringing plan payments current with payments as follows:

**Payments: & Disbursements are outlined on Exhibit A**

*UNSECURED CREDITORS will receive a pro rata share after secured and priority creditors have been paid in full.*

WHEREFORE, Debtor prays this court will allow the confirmed plan to be modified as outlined above to assist her in bringing her plan payments current; allow $500 in attorney fees and costs; and allowing the reorganization to move forward.

Respectfully submitted,

/s/SAMUEL R. PENNINGTON
Samuel R. Pennington
FBN: 0779326
303 N. Texas Avenue
Tavares, FL 32778
Telephone: (352)508-8277
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Laurie K. Weatherford, Chapter 13 Trustee, via electronic transmission; and by U.S. Mail postage prepaid to the creditors listed on the attached current mailing matrix this 7th day of February 2020.

/s/SAMUEL R. PENNINGTON
Samuel R. Pennington

| | | Claim Amt | | | | | | $3,643.00 | | $2,700.00 | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Duerson-Love** | | **DUE DATE** | | | | | | | | | | 0 |
| **18-6515** | | 11/20/2018 | Total Due | | | 10.0% | | Atty | | Atty | | IRS |
| | | Unsecured | | | Debtor Pmt | Tee Fee | | Fees | | Maintenance | | #1-2 |
| | 60 | | | 60 | | | | | | | | |
| 11/20/2018 | 1 | $0.00 | | 1 at | **$160.00** | $16.00 | | $0.00 | | $0.00 | | $0.00 |
| 12/20/2018 | 2 | $0.00 | $460.00 | | $300.00 | $30.00 | | $0.00 | | $0.00 | | $0.00 |
| 1/20/2019 | 3 | $0.00 | $760.00 | 2 at | **$300.00** | $30.00 | | $0.00 | | $0.00 | | $0.00 |
| 2/20/2019 | 4 | $0.00 | $1,204.00 | | $444.00 | $44.40 | | $0.00 | | $0.00 | | $0.00 |
| 3/20/2019 | 5 | $0.00 | $1,648.00 | | $444.00 | $44.40 | | $0.00 | | $0.00 | | $0.00 |
| 4/20/2019 | 6 | $0.00 | $2,092.00 | | $444.00 | $44.40 | | $0.00 | | $0.00 | | $0.00 |
| 5/20/2019 | 7 | $0.00 | $2,536.00 | | $444.00 | $44.40 | | $0.00 | | $0.00 | | $0.00 |
| 6/20/2019 | 8 | $0.00 | $2,980.00 | | $444.00 | $44.40 | | $0.00 | | $0.00 | | $0.00 |
| 7/20/2019 | 9 | $0.00 | $3,424.00 | | $444.00 | $44.40 | | $0.00 | | $0.00 | | $0.00 |
| 8/20/2019 | 10 | $0.00 | $3,868.00 | 7 at | **$444.00** | $44.40 | 10 at | **$0.00** | | $0.00 | | $0.00 |
| 9/20/2019 | 11 | $0.00 | $4,054.00 | 1 at | **$186.00** | $18.60 | 1 at | **$144.84** | | $0.00 | | $0.00 |
| 10/20/2019 | 12 | $0.00 | $4,054.00 | 1 at | **$0.00** | $0.00 | 1 at | **$0.00** | 12 at | **$0.00** | | $0.00 |
| 11/20/2019 | 13 | $0.00 | $4,682.00 | | $628.00 | $62.80 | 1 at | **$111.45** | | $50.00 | | $0.00 |
| 12/20/2019 | 14 | $0.00 | $5,310.00 | 2 at | **$628.00** | $62.80 | 1 at | **$107.04** | 2 at | **$50.00** | | $0.00 |
| 1/20/2020 | 15 | $0.00 | $5,310.00 | | $0.00 | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 2/20/2020 | 16 | $0.00 | $5,310.00 | 2 at | **$0.00** | $0.00 | 2 at | **$0.00** | 2 at | **$0.00** | | $0.00 |
| 3/20/2020 | 17 | $0.00 | $6,105.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 4/20/2020 | 18 | $0.00 | $6,900.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 5/20/2020 | 19 | $0.00 | $7,695.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 6/20/2020 | 20 | $0.00 | $8,490.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 7/20/2020 | 21 | $0.00 | $9,285.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 8/20/2020 | 22 | $0.00 | $10,080.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 9/20/2020 | 23 | $0.00 | $10,875.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 10/20/2020 | 24 | $0.00 | $11,670.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 11/20/2020 | 25 | $0.00 | $12,465.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 12/20/2020 | 26 | $0.00 | $13,260.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 1/20/2021 | 27 | $0.00 | $14,055.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 2/20/2021 | 28 | $0.00 | $14,850.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 3/20/2021 | 29 | $0.00 | $15,645.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 4/20/2021 | 30 | $0.00 | $16,440.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 5/20/2021 | 31 | $0.00 | $17,235.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 6/20/2021 | 32 | $0.00 | $18,030.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 7/20/2021 | 33 | $0.00 | $18,825.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 8/20/2021 | 34 | $0.00 | $19,620.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 9/20/2021 | 35 | $0.00 | $20,415.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 10/20/2021 | 36 | $0.00 | $21,210.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 11/20/2021 | 37 | $0.00 | $22,005.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 12/20/2021 | 38 | $0.00 | $22,800.00 | | $795.00 | $79.50 | | $133.63 | | $65.00 | | $0.00 |
| 1/20/2022 | 39 | $0.00 | $23,595.00 | | $795.00 | $79.50 | 23 at | **$133.63** | | $65.00 | | $0.00 |
| 2/20/2022 | 40 | $0.00 | $24,390.00 | | $795.00 | $79.50 | 1 at | **$120.99** | 24 at | **$65.00** | | $0.00 |
| 3/20/2022 | 41 | $10.80 | $25,185.00 | | $795.00 | $79.50 | 1 at | **$85.19** | 1 at | **$90.00** | | $0.00 |
| 4/20/2022 | 42 | $57.74 | $25,980.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 5/20/2022 | 43 | $57.74 | $26,775.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 6/20/2022 | 44 | $57.74 | $27,570.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 7/20/2022 | 45 | $57.74 | $28,365.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 8/20/2022 | 46 | $57.74 | $29,160.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 9/20/2022 | 47 | $57.74 | $29,955.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 10/20/2022 | 48 | $57.74 | $30,750.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 11/20/2022 | 49 | $57.74 | $31,545.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 12/20/2022 | 50 | $57.74 | $32,340.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 1/20/2023 | 51 | $57.74 | $33,135.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 2/20/2023 | 52 | $57.74 | $33,930.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 3/20/2023 | 53 | $57.74 | $34,725.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 4/20/2023 | 54 | $57.74 | $35,520.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 5/20/2023 | 55 | $57.74 | $36,315.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 6/20/2023 | 56 | $57.74 | $37,110.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 7/20/2023 | 57 | $57.74 | $37,905.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 8/20/2023 | 58 | $57.74 | $38,700.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 9/20/2023 | 59 | $57.74 | $39,495.00 | | $795.00 | $79.50 | | $0.00 | | $50.00 | | $0.00 |
| 10/20/2023 | 60 | $57.11 | $40,290.00 | 44 at | **$795.00** | $79.50 | | $0.00 | 19 at | **$50.00** | | $0.00 |
| | | | | | | | | | | | | |
| | | $1,107.23 | | | $40,290.00 | $4,029.00 | | $3,643.00 | | $2,700.00 | | |
| | | $33,267.67 | | | | | | **ATTY** | | | | |
| | | 3% | | | | | | | | | | |
| $1,099.45 | | KO | | | | | | | | | | |
| | | | | | | | | **0.00** | | 0.00 | | **#VALUE!** |

| | | | $16,514.20 | | | $6,688.59 | | | $1,595.78 | | | $4,012.20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Duerson-Love** | | | 7% | | | 18.24% | | | | | | |
| **18-6515** | | | Santander | | | Cornerstone | | | Progressive | | | MI Dept Treasu |
| | | | #4-1 | | | #10 | | | #3 | | | #11 |
| | 60 | | | | | | | | | | | |
| 11/20/2018 | 1 | 1 at | **$0.00** | 1 | at | **$0.00** | 1 | at | **$144.00** | | | $0.00 |
| 12/20/2018 | 2 | | $50.00 | | | $50.00 | | | $170.00 | | | $0.00 |
| 1/20/2019 | 3 | 2 at | **$50.00** | | | $50.00 | 2 | at | **$170.00** | | | $0.00 |
| 2/20/2019 | 4 | | $148.89 | | | $50.00 | | | $200.71 | | | $0.00 |
| 3/20/2019 | 5 | | $148.89 | | | $50.00 | | | $200.71 | | | $0.00 |
| 4/20/2019 | 6 | 3 at | **$148.89** | 5 | at | **$50.00** | 3 | at | **$200.71** | | | $0.00 |
| 5/20/2019 | 7 | | $217.89 | | | $58.45 | | | $123.26 | | | $0.00 |
| 6/20/2019 | 8 | | $217.89 | | | $58.45 | | | $123.26 | | | $0.00 |
| 7/20/2019 | 9 | | $217.89 | | | $58.45 | | | $123.26 | | | $0.00 |
| 8/20/2019 | 10 | 4 at | **$217.89** | 4 | at | **$58.45** | 4 | at | **$123.26** | | | $0.00 |
| 9/20/2019 | 11 | 1 at | **$5.95** | | | $0.00 | 1 | at | **$16.61** | | | $0.00 |
| 10/20/2019 | 12 | 1 at | **$0.00** | 2 | at | **$0.00** | | | $0.00 | | | $0.00 |
| 11/20/2019 | 13 | 1 at | **$279.65** | | | $124.10 | | | $0.00 | | | $0.00 |
| 12/20/2019 | 14 | 1 at | **$284.06** | 2 | at | **$124.10** | | | $0.00 | | | $0.00 |
| 1/20/2020 | 15 | | $0.00 | | | $0.00 | | | $0.00 | | | $0.00 |
| 2/20/2020 | 16 | 2 at | **$0.00** | 2 | at | **$0.00** | | | $0.00 | 16 at | | **$0.00** |
| 3/20/2020 | 17 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 4/20/2020 | 18 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 5/20/2020 | 19 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 6/20/2020 | 20 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 7/20/2020 | 21 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 8/20/2020 | 22 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 9/20/2020 | 23 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 10/20/2020 | 24 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 11/20/2020 | 25 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 12/20/2020 | 26 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 1/20/2021 | 27 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 2/20/2021 | 28 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 3/20/2021 | 29 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 4/20/2021 | 30 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 5/20/2021 | 31 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 6/20/2021 | 32 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 7/20/2021 | 33 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 8/20/2021 | 34 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 9/20/2021 | 35 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 10/20/2021 | 36 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 11/20/2021 | 37 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 12/20/2021 | 38 | | $296.35 | | | $129.34 | | | $0.00 | | | $91.18 |
| 1/20/2022 | 39 | | $296.35 | 23 | at | **$129.34** | | | $0.00 | | | $91.18 |
| 2/20/2022 | 40 | | $296.35 | | | $141.98 | | | $0.00 | | | $91.18 |
| 3/20/2022 | 41 | 25 at | **$296.35** | | | $141.98 | | | $0.00 | | | $91.18 |
| 4/20/2022 | 42 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 5/20/2022 | 43 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 6/20/2022 | 44 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 7/20/2022 | 45 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 8/20/2022 | 46 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 9/20/2022 | 47 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 10/20/2022 | 48 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 11/20/2022 | 49 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 12/20/2022 | 50 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 1/20/2023 | 51 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 2/20/2023 | 52 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 3/20/2023 | 53 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 4/20/2023 | 54 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 5/20/2023 | 55 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 6/20/2023 | 56 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 7/20/2023 | 57 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 8/20/2023 | 58 | | $374.60 | | | $141.98 | | | $0.00 | | | $91.18 |
| 9/20/2023 | 59 | 18 at | **$374.60** | 20 | at | **$141.98** | | | $0.00 | 43 at | | **$91.18** |
| 10/20/2023 | 60 | 1 at | **$374.76** | 1 | at | **$142.17** | | | $0.00 | 1 at | | **$91.46** |
| | | | $16,514.20 | | | $6,688.59 | | | $1,595.78 | | | $4,012.20 |
| $1,099.45 | | | | | | | | | | | | |
| | | | **0.00** | | | **0.00** | | | **0.00** | | | **0.00** |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-06515-KJ<br>Middle District of Florida<br>Orlando<br>Fri Feb  7 14:30:58 EST 2020 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Kathy Lee Duerson-Love<br>831 Oakley Seaver Dr. #512<br>Clermont, FL 34711-1994 |
| Progress Residential 2015-2 Borrower, LLC<br>c/o Shutts & Bowen LLP<br>4301 W. Boy Scout Blvd., Suite 300<br>Tampa, FL 33607-5716 | Santander Consumer USA Inc dba Chrysler Capi<br>c/o Andrew W. Houchins, Esquire<br>P.O. Box 3146<br>Orlando, FL 32802-3146 | AFS/AmeriFinancial Solutions, LLC.<br>Po Box 65018<br>Baltimore, MD 21264-5018 |
| AFS/AmeriFinancial Solutions, LLC.<br>Po Box 7<br>Vassar, MI 48768-0007 | (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 |
| AmeriCredit/GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| City of Grosse Pointe<br>17147 Maumee Ave<br>Grosse Pointe, MI 48230-1589 | City of Minneola<br>PO Box 678<br>Minneola, FL 34755-0678 | Clermont Radiology<br>871 Oakley Sever Drive<br>Clermont, FL 34711-1968 |
| Cornerstone Comm Ffcu<br>2955 University Dr<br>Auburn Hills, MI 48326-2547 | Credit Collection Services<br>725 Canton St<br>Norwood, MA 02062-2679 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Duke Energy<br>PO Box 1004<br>Charlotte, NC 28201-1004 | ERC/Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| First Federal Credit Control<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 | First Federal Credit Control<br>Attn: Bankruptcy<br>24700 Chagrin Blvd, Ste 205<br>Cleveland, OH 44122-5662 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida E Pass<br>P.O. Box 585070<br>Orlando, FL 32858-5070 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | LVNV Funding/Resurgent Capital<br>Po Box 1269<br>Greenville, SC 29602-1269 |

| | | |
|---|---|---|
| Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | MI Depatment of Treasury<br>430 W Allegan Street<br>Lansing, MI 48933-1592 | Mark Hamilton<br>Florida Dept of Revenue<br>PO Box 6668<br>Tallahassee, Florida 32314-6668 |
| Merchants & Medical Credit Corp<br>6324 Taylor Dr<br>Flint, MI 48507-4685 | Merchants & Medical Credit Corp<br>Attn: Bankruptcy<br>6324 Taylor Drive<br>Flint, MI 48507-4685 | Mid-Michigan Collection Bureau<br>Attn: Bankruptcy<br>Po Box 130<br>Saint Johns, MI 48879-0130 |
| Mid-Michigan Collection Bureau<br>Pob 130<br>Saint Johns, MI 48879-0130 | Nissan Motor Acceptance<br>Attn: Bankruptcy Dept<br>Po Box 660360<br>Dallas, TX 75266-0360 | Nissan Motor Acceptance<br>Po Box 660360<br>Dallas, TX 75266-0360 |
| Progress Residential 2015-2 Borrower, LLC<br>c/o Lauren L. Stricker<br>Shutts & Bowen, LLP<br>4301 W. Boy Scout Blvd.<br>Suite 300<br>Tampa, FL 33607-5716 | Progress Residential 2015-3<br>Borrower LLC<br>c/o Matthew E. Siegel<br>2753 SR 580, Ste 209<br>Clearwater, FL 33761-3345 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Santander Consumer USA<br>Po Box 961275<br>Fort Worth, TX 76161-0275 | State of Florida<br>Division of Motor Services<br>Neil Kirkman Building<br>Talahassee, Florida 32399-0001 | State of Michigan, Department of Treasury<br>3030 W Grand Blvd Ste 10-200<br>Detroit, MI 48202-6030 |
| Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | United Collection Serv<br>106 Commerce St Ste 101<br>Lake Mary, FL 32746-6217 |
| United Collection Serv<br>Attn: Bankruptcy Department<br>106 Commerce St., Suite 106<br>Lake Mary, FL 32746-6217 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Wells Fargo<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 |
| (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 | Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Samuel R Pennington +<br>Pennington Law Firm, P.A.<br>303 N. Texas Ave.<br>Tavares, FL 32778-3039 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Suann D Cochran +<br>State of Michigan - Dept of Attorney<br>3030 W Grand Blvd, Suite 10-200<br>Detroit, MI 48202-6030 | Andrew W Houchins +<br>Rush Marshall Jones and Kelly<br>PO Box 3146<br>Orlando, FL 32802-3146 | Lauren L Stricker +<br>Shutts & Bowen, LLP<br>4301 W Boy Scout Blvd<br>Suite 300<br>Tampa, FL 33607-5716 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Caine & Weiner<br>Po Box 55848<br>Sherman Oaks, CA 91413 | Wells Fargo Bank<br>Attn: Bankruptcy Dept<br>Po Box 6429<br>Greenville, SC 29606 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)State of Michigan Department of Treasury | (d)Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | End of Label Matrix<br>Mailable recipients    59<br>Bypassed recipients     2<br>Total                  61 |