**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                      **CASE NO.: 6-18-bk-6515-LVV**
                                                            **CHAPTER 13**

**KATHY LEE DUERSON-LOVE**
            **DEBTOR            /**


**AMENDED RESPONSE TO MOTION TO DISMISS**
**FOR DEBTOR'S FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS (#100)**

COMES NOW the Debtor, KATHY LEE DUERSON-LOVE, by and through the undersigned attorney and files this response to the Motion to Dismiss for Debtor's Failure to Maintain Timely Plan Payments (Doc #100) and would show:

1.      The Debtor was in the hospital.

2.      The Debtor states that she should be able to bring payments current with a payment on February 26, 2021.

3.      Attorney requests the Court to allow additional time for the payment to post.

WHEREFORE, Debtor prays this Honorable Court will deny the Trustee's Motion to Dismiss and grant any further relief the court deems appropriate.


                        Respectfully submitted,

                        **Samuel R Pennington**
                        Pennington Law Firm, P.A.
                        303 N. Texas Ave.
                        Tavares, FL 32778
                        352-508-8277
                        Fax:  352-508-5796
                        Email: info@penningtonlawfirmpa.com


I HEREBY CERTIFY that a true and correct copy of the foregoing Response has been furnished to Laurie K. Weatherford, Chapter 13 Trustee, via electronic transmission on this 20th day of February 2021.


                        /s/Samuel R Pennington
                        Samuel R. Pennington
                        Pennington Law Firm, P.A.